# EXHIBIT F



**D'Angelo & Hashem, LLC**
ATTORNEYS & COUNSELORS AT LAW

401 Andover Street
Suite 202
North Andover, MA 01845

Tel: 978-687-8100
Fax: 978-687-8111

Brian Germaine, Esq.                                September 30, 2011
Germaine & Blaszka P.A.
23 Birch Street
Derry, NH 03038

Dear Attorney Germaine:

The best approach to resolving this matter is to provide you unfettered access to what ever you require. As you know this is a law firm and client confidentiality is paramount. In Massachusetts I am also required to protect employee information as well.

As extended I to Attorney Krans when this matter began in 2010, you are welcome to visit our office in North Andover and review our Quick Books on site. I can have the bookkeeper and accountant Dana McCoy, of the accounting firm of Saba, Coleman and Hunt of Tewksbury, Massachusetts, available to go over the financial records and answer your questions. Should you require a specific document to be printed extraordinary precaution would be required to insure client and employee confidentiality. You would also have the opportunity to meet and speak with my partner, Saba Hashem, as well.

I can send over to your office the redacted financial information, credit card, personal financials and the items provided to Attorney Krans. I will be in California doing a deposition and attend a workers' compensation conference from October 11, 2011 returning October 17, 2011. Please feel free to call me to discuss your plan.

Sincerely,

Stephen D'Angelo



**D'Angelo & Hashem, LLC**
ATTORNEYS & COUNSELORS AT LAW

401 Andover Street
Suite 202
North Andover, MA 01845

Tel: 978-687-8100
Fax: 978-687-8111

Brian Germaine, Esq.                                October 21, 2011
Germaine & Blaszka P.A.
23 Birch Street
Derry, NH 03038

Dear Attorney Germaine:

I am in receipt of your most recent letter dated October 13, 2011. As I stated in my letter dated September 30, 2011 I would be in California conducting a deposition and attending a workers' compensation conference from October 11, 2011 returning October 17, 2011. I was under the impression that you would be sending me a retainer agreement along with your hourly rate. Enclosed is my check. I will be out of the office attending mediation in California this coming week returning on Thursday, October 27, 2011. Please feel free to call me to discuss your plan.

Sincerely,

Stephen D'Angelo