# EXHIBIT G



Via first class mail &
Facsimile 603-434-1425

December 2, 2011

Brian G. Germaine, Esquire
The Law Offices of Germaine & Blaszka, P.A.
23 Birch Street
Derry, NH 03038

      RE: In the Matter of Janice D'Angelo and Stephen D'Angelo

Dear Attorney Germaine:

    I have been retained by Stephen D'Angelo to assist him in providing you with the documents and details necessary for you to fulfill your appointment as set forth in the Court's Order of September 19, 2011. If you have a preliminary list of documents and/or questions, you can email me at daniel@dadlawoffices.com. Otherwise, I will be calling you to discuss your preferences for proceeding with this matter.

    I look forward to working with you to provide you with a complete and accurate representation of Attorney D'Angelo's financial history and condition without compromising his clients' rights to confidentiality.

Very truly yours,

Daniel A. DeBruyckere

DAD/pjd

cc: Stephen D'Angelo and Attorney Heather Krans

SALEM  202 Main Street  Suite 102  Salem, NH  03079  TEL: 603-894-4141
NORTH ANDOVER  231 Sutton Street  Suite 1B  North Andover, MA 01845  TEL: 978-686-4645
DRACUT  1595 Lakeview Avenue  Dracut, MA 01826  TEL: 978-957-7707