UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2012 OCT 25 A 10: 59

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*)
Stephen L. D'Angelo,            )
Plaintiff                       )
                                )
v.                              )   C.A. No.: 1:12-cv-411-SM
                                )
New Hampshire Supreme Court,    )
Brian Germaine, Esq.,           )
Defendants                      )
                                )
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## VERIFIED COMPLAINT, REQUEST FOR A TEMPORARY INJUNCTION AND REQUEST FOR JURY TRIAL

This is a Civil Action brought in the United States District Court for the District of New Hampshire by the Plaintiff, Stephen D'Angelo, to restrain the enforcement of court orders promulgated without consideration of due process or review from a New Hampshire court of appeal and to recover damages sustained by him as a consequence of the reckless indifference and wanton disregard for the Constitutional due process rights guaranteed under Amendment 14 and Amendment 5 of the United States Constitution that states no property can be taken without due process. The Defendants deprived the Plaintiff of substantive due process rights in violation of the New Hampshire Constitution, United States Constitution and 42 U.S.C. § 1983 and further failed, neglected and or refused to permit the plaintiff a hearing to participate by giving evidence that would contradict the report issued by a Commissioner appointed by the court, that contained misinformation and conjecture that the court relied on in making a finding. Every person who, under color of any statute, ordinance, regulation, custom, or usage, of

174.   Defendant Germaine gave little or no thought to the probable effects of his conduct;

175.   That Plaintiff suffered serious emotional distress;

176.   That Defendant Germaine's negligence was a substantial factor in Plaintiff's serious emotional distress; and

177.   Plaintiff is entitled to the full range of damages otherwise available in personal injury actions including punitive damages.

Wherefore plaintiff prays this Court issue equitable relief as follows:

I. Issue a preliminary injunction to enjoin the Derry District Court from implementing, enforcing or otherwise taking any action until the a determination can be made whether the order being enforced is utterly and irredeemably unconstitutional.

II. Issue declaratory relief as this Court deems appropriate just.

III. Issue other relief as this Court deems appropriate and just.

IV. Award plaintiff his costs of litigation.

## VII. Verification

I Stephen D'Angelo, hereby depose and state individually as follows:

1. I am resident of the State of New Hampshire and am employed with the law firm of D'Angelo & Hashem LLC, a Massachusetts Limited liability company.

2. I reside a 88 Crawford Road, Chester, New Hampshire

3. I have read the Verified Complaint filed herein and, knowing the contents thereof, have found that the allegations of fact set forth therein are based on my own personal knowledge and are true, except as to those allegations based on information and belief which I believe to be true.

Signed under the penalties of perjury on this ___25___ day of October, 2012.

_____
Stephen L. D'Angelo

Date: October 25, 2012

                                        Respectfully submitted,
                                        Plaintiff as named above,

                                        _____
                                        Stephen L. D'Angelo,
                                        401 Andover Street, Suite 202
                                        North Andover, MA 01845
                                        978-687-8100
                                        978-687-8111 fax
                                        sld@lawyeradvocates.com