UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2012 NOV -2 A 8: 32

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*)
**Stephen L. D'Angelo,** )
**Plaintiff** )
)
v. )  C.A. No.: 1:12-cv-411-SM
)
**New Hampshire Supreme Court,** )
**Brian Germaine, Esq.,** )
**Defendants** )
)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR OF A TEMPORARY RESTRAINING ORDER INJUNCTION AND PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65, the Plaintiff, Stephen D'Angelo ("Plaintiff"), hereby moves that the Court enter a temporary order and a preliminary injunction enjoining the defendant New Hampshire Supreme Judicial Court and its subdivision, Derry Family Court, from enforcing orders issued and stay orders pending arising from the Derry Family Court Order of May 22, 2012 until the court may consider Plaintiff's Motion for a Preliminary Injunction.

In support of this motion the plaintiff refers to the October 25, 2012 Verified Complaint and its attached exhibits, the Memorandum in support of Plaintiff's Motion for a Temporary Restraining Order and Preliminary injunction, Declaration of Attorney Michael Mimno and Declaration of Attorney Daniel DeBruykere.

Wherefore The plaintiff respectfully requests that the Court enter a temporary restraining order and, after hearing, a preliminary injunction enjoining the defendant New Hampshire Supreme Judicial Court and its subdivision, Derry Family Court, from enforcing orders issued and stay orders pending arising from the Derry Family Court Order of May 22, 2012. A Proposed Order accompanies this Motion.

Respectfully submitted,
Stephen D'Angelo

/s/ Stephen D'Angelo
Stephen D'Angelo
401 Andover Street, Suite 202
North Andover, Massachusetts 01845
978-687-8100
sld@lawyeradvocates.com