## AFFIDAVIT OF ATTORNEY DANIEL A. DEBRUYCKERE

I, Daniel A. DeBruyckere, hereby depose and state as follows:

1. My name is Daniel A. DeBruyckere;

2. I am attorney in private practice licensed in Massachusetts and New Hampshire.

3. My business address is 202 Main St. Ste 102 Salem, New Hampshire 03079.

4. I was retained to represent Stephen D'Angelo In the Matter of Janice D'Angelo and Stephen D'Angelo 10th Circuit-Family Division-Derry Case No. 622-2004-DM-276 for the limited purpose of providing information to the commissioner appointed by the Court.

5. I represented Stephen L. D'Angelo beginning in November, 2011.

6. I attempted to make contact with Attorney Brian Germaine who was appointed by the court as commissioner by mail on December 2, 2011 (see exhibit A attached).

7. I left a voicemail message for Attorney Brian Germaine requesting a response to my letter on December 15, 2012.

8. To the best of my knowledge, and upon review of the message logging system in my office, Attorney Brian Germaine did not respond to my letter or voicemail.

9. The first communication I received from Attorney Brian Germaine was on March 28, 2012 when he informed Attorney Heather Krans and me that he completed his initial review of the documents.

Signed under the pains and penalties of perjury this first day of November, 2012

_____
Daniel A. DeBruyckere, Esq.