

Exhibit "A"



## DEBRUYCKERE
Law Offices, PC

*Via first class mail &*
*Facsimile 603-434-1425*

December 2, 2011

Brian G. Germaine, Esquire
The Law Offices of Germaine & Blaszka, P.A.
23 Birch Street
Derry, NH 03038

    RE: In the Matter of Janice D'Angelo and Stephen D'Angelo

Dear Attorney Germaine:

    I have been retained by Stephen D'Angelo to assist him in providing you with the documents and details necessary for you to fulfill your appointment as set forth in the Court's Order of September 19, 2011. If you have a preliminary list of documents and/or questions, you can email me at daniel@dadlawoffices.com. Otherwise, I will be calling you to discuss your preferences for proceeding with this matter.

    I look forward to working with you to provide you with a complete and accurate representation of Attorney D'Angelo's financial history and condition without compromising his clients' rights to confidentiality.

                                        Very truly yours,

                                        Daniel A. DeBruyckere /pjd

DAD/pjd

cc: Stephen D'Angelo and Attorney Heather Krans

12/02/2011 10:51 FAX          DeBruyckere Roth & Assc.                    ☒0001

```
                    *********************
                    ***   TX REPORT   ***
                    *********************

        TRANSMISSION OK

        TX/RX NO                    2165
        RECIPIENT ADDRESS           16034341425
        DESTINATION ID
        ST. TIME                    12/02 10:50
        TIME USE                    00'55
        PAGES SENT                  2
        RESULT                      OK
```

# DeBruyckere Law Offices, PC

Daniel A. DeBruyckere, Esq.*　　　　　　　　　　　　　　　　　　　　　231 Sutton Street, Ste 1B
David Haughton, Esq.*　　　　　　　　　　　　　　　　　　　　　　　　North Andover, MA 01845

　　　　　　　　　　　　　　　　　Phone: (978) 686-4645　　　　　　　　202 Main Street, Ste 102
*Admitted in MA and NH　　　　　　Facsimile: (978) 686-4603　　　　　　Salem, NH 03079

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　1595 Lakeview Avenue
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Dracut, MA 01826

TO:   Brian G. Germaine, Esq.       FAX#: 603-434-1425            DATE: 12/2/11

FROM: Daniel DeBruyckere, Esq.      FAX #: 978- 686-4603          TEL #: 978-686-4645
NO. PGS: 2  including cover         REF : Janice D'Angelo v. Stephen D'Angelo

MESSAGE:

Please find attached correspondence regarding coordination of information on behalf of Mr. D'Angelo in reference to the above matter.

　　　　　　　　　　　　　　　　Thank you for your attention.

CONFIDENTIALITY STATEMENT: This message and all attachments are confidential and may contain attorney-client and other privileged information. If you are not the intended recipient, you are hereby notified that any review, use, dissemination, forwarding, printing, copying, disclosure or distribution of the information contained is strictly prohibited and maybe unlawful. If this message has been sent to you in error, please notify the sender immediately by replying to this transmission or by calling DeBruyckere, Roth & Associates, PLLC at (603) 894-4141 and delete this message and attachments immediately.