UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

```
*************************************)
Stephen L. D'Angelo,                  )
Plaintiff                             )
                                      )
v.                                    )   C.A. No.:  1:12-cv-411-SM
                                      )
New Hampshire Supreme Court,          )
Brian Germaine, Esq.,                 )
Defendants                            )
                                      )
*************************************
```

## PROPOSED ORDER FOR OF A TEMPORARY RESTRAINING ORDER INJUNCTION AND PRELIMINARY INJUNCTION

### [Proposed] ORDER

Upon consideration of Plaintiff Stephen D'Angelo Motion for a Temporary Injunction and Preliminary Injunction and pursuant to Fed. R. Civ. P. 65, this Court grants a Temporary Injunction enjoining the defendant New Hampshire Supreme Judicial Court and its subdivision, Derry Family Court, from enforcing orders issued and stay orders pending arising from the Derry Family Court Order of May 22, 2012 until the court may consider Plaintiff's Motion for a Preliminary Injunction.

ORDERED that Plaintiff Stephen D'Angelo Motion for a Temporary Injunction is hereby GRANTED, and it is

FURTHER ORDERED that the Plaintiff will suffer irreparable harm and this court enjoins any order of the Derry Family Court that are pending or issued that specifically encumber: Plaintiff's 401k Retirement Funds; order the sale of the Plaintiff's home; ordering a receiver to take possession of Plaintiff's interest in a limited liability company that owns a boat; order of any further payment to the Defendant, Brian Germaine; and

any order for the payment of the five thousand dollar($5,000) monthly penalty(three months) that was part of the May 22, 2012 Order penalizing the Plaintiff for appealing the May 22, 2012 Order.

FURTHER ORDERED that the Plaintiff will continue to preserve the status quo by continuing payments child support prior to the May 22, 2012 Order; and the Plaintiff will not encumber or sell any assets during the pendency of this matter

Dated:         , 2012         SO ORDERED,

                                                                                _____

                                                                                      ,