UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

|  |  |
|---|---|
| Stephen L. D'Angelo,<br><br>　　　　Plaintiff,<br><br>v.<br><br>New Hampshire Supreme Court,<br>Brian G. Germaine, Esq.,<br><br>　　　　Defendants | Civil Action<br>Docket No. 1:12-cv-00411-SM |

NOTICE OF APPEARANCE

Please enter my appearance as counsel to Defendant Brian G. Germaine, Esquire, in this matter. I am admitted or otherwise authorized to practice in this court.

Respectfully submitted,

Dated:  November 7, 2012

By: /s/ William C. Saturley
William C. Saturley, Esq. (NH Bar # 2256)
Preti Flaherty Beliveau & Pachios, PLLP
57 North Main Street
P.O. Box 1318
Concord, NH 03302-1318
(603) 410-1500
wsaturley@preti.com

3881056.1

## **CERTIFICATE OF SERVICE**

      I, William C. Saturley, Esq., attorney for Defendant, Brian G. Germaine, Esquire, hereby certify that on this day, I served a copy of this Notice of Appearance to all parties of record via the Court's ECF system.

      Dated:  November 7, 2012        By: /s/ William C. Saturley