UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Stephen L. D'Angelo,<br><br>      Plaintiff,<br><br>v.<br><br>New Hampshire Supreme Court,<br>Brian G. Germaine, Esq.,<br><br>      Defendants | **Civil Action**<br>**Docket No. 1:12-cv-00411-SM** |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel to Defendant Brian G. Germaine, Esquire, in this matter. I am admitted or otherwise authorized to practice in this court.

Respectfully submitted,

Dated: November 7, 2012
By: /s/ William H. Whitney
William H. Whitney, Esq. (NH Bar # 20607)
Preti Flaherty Beliveau & Pachios, PLLP
57 North Main Street
P.O. Box 1318
Concord, NH 03302-1318
(603) 410-1500
wwhitney@preti.com

## **CERTIFICATE OF SERVICE**

      I, William H. Whitney, Esq., attorney for Defendant, Brian G. Germaine, Esquire, hereby certify that on this day, I served a copy of this Notice of Appearance to all parties of record via the Court's ECF system.

      Dated:  November 7, 2012        By: /s/ William H. Whitney

3884189.1