## CERTIFICATE OF SERVICE

I, William C. Saturley, Esq., attorney for Defendant, Brian G. Germaine, Esquire, hereby certify that on this day, I served a copy of this Notice of Appearance to all parties of record via the Court's ECF system and mailed a copy to Stephen L. D'Angelo at 401 Andover Street, Suite 202, North Andover, MA 01845.

Dated: November 8, 2012         By: /s/ William C. Saturley

3897248.1