## CERTIFICATE OF SERVICE

      I, William H. Whitney, Esq., attorney for Defendant, Brian G. Germaine, Esquire, hereby certify that on this day, I served a copy of this Notice of Appearance to all parties of record via the Court's ECF system and mailed a copy to Stephen L. D'Angelo at 401 Andover Street, Suite 202, North Andover, MA 01845.

      Dated:  November 8, 2012        By: /s/ William H. Whitney

3897250.1