# THE STATE OF NEW HAMPSHIRE

## SUPREME COURT

**In Case No. 2012-0446, <u>In the Matter of Janice D'Angelo and Stephen D'Angelo</u>, the court on August 16, 2012, issued the following order:**

Notice of appeal is declined.  <u>See</u> Rule 7(1)(B).

Under Supreme Court Rule 7(1)(B), the supreme court may decline to accept a notice of discretionary appeal from the superior or circuit court.  No appeal, however, is declined except by unanimous vote of the court with at least three justices participating.

This matter was considered by each justice whose name appears below.  If any justice who considered this matter believed the appeal should have been accepted, this case would have been accepted and scheduled for briefing.

The motion for summary affirmance and the motion to seal commissioner's report (a report that has not yet been filed) are moot.

<u>Declined.</u>

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,
Clerk**

Distribution:
10th N.H. Circuit Court-Derry Family Division, 622-2004-DM-00276
Honorable Paul S. Moore
Michael F. Mimno, Esquire
Heather E. Krans, Esquire
Brian G. Germaine, Esquire
James P. Roche, Esquire
File