Rockingham County Sheriff's Office
CERTIFICATE OF SERVICE

US FEDERAL DISTRICT
County of Rockingham, New Hampshire

DANGELO, STEPHEN  Docket Number: 112-CV-411-SM
  Sheriff File Number: 12-6274-CP
vs.

GERMAINE, B

I, DEPUTY WAYNE 011-PARTINGTON, of the Rockingham County Sheriff's Department, Rockingham County, New Hampshire, certify and affirm that on 11/05/2012 at approximately 11:35am at 23 BIRCH ST, DERRY, NH served the within SUMMONS COMPLAINT & MOTION upon BRIAN GERMAINE, the defendant named herein, in the following manner.

PERSONAL SERVICE

By delivering to and leaving with BRIAN GERMAINE, personally a true copy thereof, said person being known or identified to me as the person mentioned and described therein

Dated: 11/13/2012

DEPUTY WAYNE 011-PARTINGTON  Badge
Deputy Sheriff

AO 440 (Rev. 12/09) Summons in a Civil Action

## UNITED STATES DISTRICT COURT
for the

District of New Hampshire

FILED
DISTRICT COURT
DISTRICT OF N.H.
2012 NOV 26 P 1:11

| | | |
|---|---|---|
| Stephen L. D'Angelo | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. 1:12-cv-411-SM |
| New Hampshire Supreme Court | ) ) ) | |
| *Defendant* | ) | |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Brian Germaine
23 Birch Street
Derry, NH 03308

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Stephen L. D'Angelo
D'Angelo & Hashem LLC
401 Andover St, Ste 202
North Andover, MA 01845

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/26/2012

JAMES R. STARR, Clerk

By: /s/ Janice E. Boucher, Deputy Clerk
Oct 26, 2012

with ECF Notice attached.

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:12-cv-411-SM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____     _____
                         *Server's signature*

                         _____
                         *Printed name and title*

                         _____
                         *Server's address*

Additional information regarding attempted service, etc:

[Print]   [Save As...]                                    [Reset]