UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*)
Stephen L. D'Angelo, )
Plaintiff )
)
v. ) C.A. No.: 12CD411
)
New Hampshire Supreme Court, )
Brian Germaine, Esq., )
Defendants )
)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## Certificate of Service

I hereby certify that on the 4th Day of December, I served the foregoing:

**MEMORANDUM IN SUPPPOT OF PLAINTIFF'S OBJECTION TO DEFENDANT, NEW HAMPSHIRE SUPREME COURT, FED. R. CIV. P. 12(B)(6) MOTION TO DISMISS**

To all parties of record via first class mail as follows:

Nancy J Smith, Esq.
Senior Assistant Attorney General
New Hampshire Attorney General's Office
33 Capitol Street
Concord, NH 03302

William Saturley, esq.
Counsel for Brian Germaine
57 North Main Street
P.O.Box 1318
Concord, NH 03302

Dated: December 7, 2012

                                      Respectfully submitted,
                                      Stephen D'Angelo

                                      Stephen D'Angelo
                                      401 Andover Street, Suite 202

North Andover, Massachusetts 01845
978-687-8100
sld@lawyeradvocates.com



**D'Angelo & Hashem, LLC**
ATTORNEYS & COUNSELORS AT LAW

401 Andover Street
Suite 202
North Andover, MA 01845

Tel: 978-687-8100
Fax: 978-687-8111

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2012 DEC 11  P 1: 23

Via First Class Mail

December 7, 2012

✓ Office of the Clerk
Hon. Landya McCafferty
United States Magistrate Judge
United States District Court
55 Pleasant Street, Room 110
Concord, NH 03301

Re: Stephen D'Angelo, Pl., v. New Hampshire Supreme Court, Brian Germaine, Esq., Def.
C. A. No: 12CD411

Dear Madam Clerk:

Enclosed, please find enclosed:

The Certificate of Service for Memorandum In Support Of Plaintiff's Objection To Defendant, New Hampshire Supreme Court, Fed. R. Civ. P. 12(B)(6) Motion To Dismiss. Copies of c Certificate of Service was mailed today, December 7, 2012.

Please file in the usual manner.

Sincerely yours,

Stephen D'Angelo

Enc as stated

Cc: Nancy J Smith
Counsel for New Hampshire Supreme Court

William Saturley
Counsel for Brian Germaine