UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*
\*
STEPHEN L. D'ANGELO, \*
\*
v. \*
\*   CASE NO. 12-CV-411-SM
NEW HAMPSHIRE SUPREME COURT, \*
BRIAN GERMAINE, ESQ., \*
\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \*
\*

## DEFENDANT BRIAN GERMAINE'S NOTICE OF INTENT TO FILE REPLY TO PLAINTIFF'S OBJECTION TO DEFENDANT BRIAN GERMAINE'S MOTION TO DISMISS

Defendant Brian Germaine, Esq., by and through his attorneys, Preti Flaherty Beliveau & Pachios, PLLP, respectfully serve notice that they intend to file a Reply, pursuant to LR 7.1(e)(1), to Plaintiff's Objection to Defendant Brian Germaine's Motion to Dismiss.

4058380.2

Respectfully submitted,

ATTORNEYS FOR DEFENDANT
BRIAN GERMAINE, ESQ.,

By His Attorneys,

PRETI FLAHERTY BELIVEAU & PACHIOS PLLP


/s/ William C. Saturley
William C. Saturley, Esq. (NH Bar # 2256)
57 North Main Street
P.O. Box 1318
Concord, New Hampshire 03302-1318
Telephone:  603.410.1500
wsaturley@preti.com

By: /s/ William H. Whitney
William H. Whitney, Esq. (NH Bar # 20607)
Preti Flaherty Beliveau & Pachios, PLLP
57 North Main Street
P.O. Box 1318
Concord, NH 03302-1318
(603) 410-1500
wwhitney@preti.com

## Certificate of Service

I hereby certify that on the 14th day of December, I served the foregoing *Defendant Brian Germaine's Motion to Dismiss* to all parties of record via the Court's ECF system and mailed a copy to Stephen L. D'Angelo at 401 Andover Street, Suite 202, North Andover, MA 01845.

/s/ William H. Whitney