UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Stephen L. D'Angelo</u>,
    Plaintiff

    v.                  Case No. 12-cv-411-SM

<u>New Hampshire Supreme Court
and Brian G. Germaine</u>,
    Defendants

## <u>J U D G M E N T</u>

In accordance with the Order of Judge Steven J. McAuliffe entered on December 20, 2012, approving in part the Report and Recommendation of Magistrate Judge Landya B. McCafferty, filed on November 8, 2012; and granting the defendants' Motions to Dismiss, judgment is hereby entered.

                      By the Court,

                      <u>/s/ James R. Starr</u>

                      James R. Starr, Clerk

December 21, 2012

cc:    Stephen L. D'Angelo, pro se
        Nancy J. Smith, Esq.
        William C. Saturley, Esq.
        William H. Whitney, Esq.