UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2013 JAN -9 A 11: 35

```
*************************************)
Stephen L. D'Angelo,                 )
Plaintiff                            )
                                     )
v.                                   )    C.A. No.: 12CD411-SM
                                     )    Opinion No. 2012 DNH 204
New Hampshire Supreme Court,         )
Brian Germaine, Esq.,                )
Defendants                           )
                                     )
*************************************
```

## NOTICE OF APPEAL

Plaintiff, Stephen L. D'Angelo, hereby files this Notice of Appeal to the First Circuit Court of Appeals from the Order of Honorable Steven McAuliffe approving the Report and recommendation of Magistrate Judge Landya B. McCafferty granting the defendants' Motion to Dismiss and entering judgment for the defendants New Hampshire Supreme Court and Brian Germaine, Esq. Plaintiff's appeal seeks review of the factual findings and legal rulings made by the Court: (a) in the Memorandum and Order dated December 20, 2012.

The First Circuit Court of Appeals has jurisdiction to hear the appeal at the present time, pursuant to 28 U.S.C. § 1291.

Dated this 2nd day of January, 2013

Respectfully submitted,
Stephen D'Angelo

*/s/ Stephen D'Angelo*
Stephen D'Angelo
401 Andover Street, Suite 202
North Andover, Massachusetts 01845
978-687-8100
sld@lawyeradvocates.com

## Certificate of Service

I hereby certify that on the 2nd Day of January, I served the foregoing:

**Notice of Appeal**

To all parties of record via first class mail as follows:

William Saturley, esq.
Counsel for Brian Germaine
57 North Main Street
P.O.Box 1318
Concord, NH 03302

Nancy J Smith, Esq.
Senior Assistant Attorney General
New Hampshire Attorney General's Office
33 Capitol Street
Concord, NH 03302

Dated: January 2, 2013

    Respectfully submitted,
    Stephen D'Angelo

    Stephen D'Angelo
    401 Andover Street, Suite 202
    North Andover, Massachusetts 01845
    978-687-8100
    sld@lawyeradvocates.com