UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

APPEAL COVER SHEET

1. D.C.# Civil No. 12-cv-411-SM					C.C.A.#

2. TITLE OF CASE:   Stephen L. D'Angelo v. New Hampshire Supreme Court, et al.

3. NAME OF COUNSEL FOR APPELLANT(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

4. NAME OF COUNSEL FOR APPELLEE(S):
   See certified copy of docket (ECF registered users not provided with a copy of docket)

5. NAME OF JUDGE: Steven J. McAuliffe, United States District Judge

6. COURT REPORTER(S) & DATES:		N/A

   TRANSCRIPTS ORDERED / ON FILE		NO

7. HEARING / TRIAL EXHIBITS			N/A

8. COURT-APPOINTED COUNSEL			NO

9. FEE PAID						NO

10. IN FORMA PAUPERIS				NO

11. MOTIONS PENDING				NO

12. GUIDELINES CASE				NO

13. RELATED CASES ON APPEAL			NO

    C.C.A. # (IF AVAILABLE):

    DATE OF LAST N OF A:

14. SPECIAL COMMENTS: