UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Stephen L. D'Angelo

v.                                          Civil No. 12-cv-411-SM

New Hampshire Supreme Court
and Brian Germaine, Esq.

CLERK'S CERTIFICATE TO
CIRCUIT COURT OF APPEALS

    I, Judith Barrett, Deputy Clerk of the United States District Court for the District of New Hampshire, do hereby certify that the following are herewith transmitted to the First Circuit Court of Appeals to constitute the record on appeal

    DOCUMENTS NUMBERED:   1 - 22

    SEALED DOCUMENTS NUMBERED:   N/A
    (Submitted in orange sealed envelope)

    EX PARTE DOCUMENTS NUMBERED:   N/A
    (Submitted in orange sealed envelope separate from any other sealed documents)

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of said Court, at Concord, in said District, on this day, January 9, 2013

**JAMES R. STARR, Clerk**

**By: /s/ Judith A. Barrett, Deputy Clerk**

**Jan 09, 2013**

cc:    Stephen L. D'Angelo, pro se
       Nancy J. Smith, Esq.
       William C. Saturley, Esq.
       William H. Whitney, Esq.