OFFICE OF THE CLERK

# UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

MARGARET CARTER
CLERK

JOHN JOSEPH MOAKLEY
UNITED STATES COURTHOUSE
1 COURTHOUSE WAY SUITE 2500
BOSTON MA 02210
(617) 748 9057

April 2, 2013

Stephen L. D'Angelo
D'Angelo & Hashem
401 Andover St
Ste 202
North Andover, MA 01845

  Re: D'Angelo v. NH Supreme Court, et al
    Appeal No. 13-1059

Dear Mr. D'Angelo,

  On February 14, 2013, we received a check from you in the amount of $450.00. The fee due upon filing a notice of appeal is a combined fee of $455, which includes a $5 filing fee for the notice of appeal, see 28 U.S.C. 1917, and $450 for docketing the appeal in this court. I have enclosed a copy of the Fee Schedule for your benefit. Although the combined fee properly should have been paid to the clerk of the district court, we processed the $450 check on your behalf. The $5.00 remainder that is due should promptly be paid to the district court no later than April 12, 2013.

            Sincerely,

            /s/ Margaret Carter, Clerk

enc.

cc:
James R. Starr, Clerk.