# United States Court of Appeals
# For the First Circuit

No. 13-1059

STEPHEN L. D'ANGELO

Plaintiff - Appellant

v.

NEW HAMPSHIRE SUPREME COURT; BRIAN G. GERMAINE, ESQ.

Defendants - Appellees

## TAXATION OF COSTS

Entered: March 21, 2014
Pursuant to 1st Cir. R. 27.0(d)

Costs in favor of appellee Attorney Brian Germaine are taxed as follows:

Reproduction of brief for Attorney Brian Germaine...............$ 49.50

TOTAL ...............$ 99.00*

Pursuant to Fed. R. App. P. 39 (d)(3), the district court is directed to add this taxation of costs to the mandate issued on **February 21, 2014.**

By the Court:

/s/ Margaret Carter, Clerk

cc:
Daniel Lynch, United States District Court for the District of New Hampshire
William C. Saturley
Nancy J. Smith
Stephen L. D'Angelo

---

* Pursuant to the February 21, 2014 Order, the appellant was ordered to pay double costs to the appellees.